# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2013

## NO. 03-12-00320-CR

**Dennis Mitchell Alford, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal of the trial court's judgment: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the trial court's judgment is in all things affirmed. It is **FURTHER** ordered that, it appearing that the appellant is indigent and unable to pay costs, no adjudication as to costs is made, and that this decision be certified below for observance.